UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:24-cv-80200-RLR

**NELSON FERNANDEZ**,

Plaintiff,

vs.

**MIZNER, INC. d/b/a RENATO'S RESTAURANT**,

Defendant.
_______________________________________/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff NELSON FERNANDEZ ("Plaintiff") and Defendant MIZNER, INC. d/b/a RENATO'S RESTAURANT ("Defendant"), through their respective undersigned counsel, pursuant to Local Rule 16.4, hereby provide notice that the parties have reached a settlement and will be executing necessary paperwork resolving all claims and matters in the case. Accordingly, the parties respectfully request that the Court provide the parties thirty (30) days to finalize their settlement agreement and for Plaintiff to file the necessary dismissal document(s).

DATED: March 25, 2024.

Respectfully submitted,

**RODERICK V. HANNAH, ESQ., P.A.**
Counsel for Plaintiff
8751 W. Broward Blvd., Suite 303
Plantation, FL 33324
T. 954/362-3800
954/362-3779 (Facsimile)
Email: rhannah@rhannahlaw.com

By *s/ Roderick V. Hannah*
RODERICK V. HANNAH
Fla. Bar No. 435384

**LAW OFFICE OF PELAYO DURAN, P.A.**
Co-Counsel for Plaintiff
4640 N.W. 7th Street
Miami, FL 33126-2309
T. 305/266-9780
305/269-8311 (Facsimile)
Email:duranandassociates@gmail.com

By *s/ Pelayo M. Duran*
PELAYO M. DURAN
Fla. Bar No. 0146595

**O'HAGAN MEYER**
Counsel for Defendant
21650 Oxnard Street, Suite 530
Woodland Hills, CA, 91367
Telephone: (213) 306-1610
Facsimile: (213) 306-1615
Email: mkessler@ohaganmeyer.com

By: */s/ Michael I. Kessler*______
MICHAEL I. KESSLER
Fla. Bar No.: 117784